## ORDER

PER CURIAM.

Defendant appeals the judgment entered pursuant to his jury conviction for third degree assault of a law enforcement officer. We have reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion would serve no jurisprudential purpose. Rule 30.25(b). We have, however, prepared a memorandum opinion for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 30.25(b).

Revenue (director), suspended it for failing to submit to taking a breath analysis test after his arrest for driving while intoxicated. Section 577.041.3 RSMo. (1994). We affirm.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 84.16(b).

## Paul W. DAUGHERTY, Appellant,

v.

## DEPARTMENT OF REVENUE, Respondent.

### No. 71877.

Missouri Court of Appeals,
Eastern District,
Division Three.

Jan. 13, 1998.

Michael R. Gibbons, Gibbons & Gibbons, Kirkwood, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Theodore A. Kardis, Asst. Atty. Gen., Jefferson City, for respondent.

Before AHRENS, P.J., and CRANDALL and KAROHL, JJ.

### *ORDER*

PER CURIAM.

In this court tried case, petitioner, Paul W. Daugherty, appeals the trial court's judgment denying his request to reinstate his driving license after respondent, Director of

## SOUTH EAST MISSOURI BANK, Respondent,

v.

## UNITED SECURITY INSURANCE, Appellant.

### No. 72034.

Missouri Court of Appeals,
Eastern District,
Division Five.

Jan. 13, 1998.

John R. Hopkins, Jr., Poplar Bluff, for appellant.

Malcolm Henry Montgomery, Cape Girardeau, for respondent.

Before CRAHAN, C.J., JAMES R. DOWD, J., and CHARLES B. BLACKMAR, Senior Judge.

### ORDER

PER CURIAM.

Insurer appeals the judgment entered in favor of Bank on a policy entered into be-